IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

```
ELECTRONICALLY
FILED
Jun 15 2017
U.S. DISTRICT COURT
Northern District of WV
```

KASEE R. PORTER, DAVID PORTER,       )
S.P., a minor, J.P., a minor, PAMELA )
LIPSCOMB and DAVID LIPSCOMB,         )    Civil Action No.: ___5:17-CV-86 (Bailey)___
                                     )
            Plaintiffs,              )
                                     )
        v.                           )
                                     )
SANDEEP BADWALSINGH and INDY         )
FREIGHT, INC.,                       )
                                     )
            Defendants.              )

## NOTICE OF REMOVAL

AND NOW, come the Defendants, Sandeep Badwalsingh and Indy Freight, Inc., by and

through their attorneys, Pion, Nerone, Girman, Winslow & Smith, P.C. and Timothy A.

Montgomery, Esquire, and hereby file this Notice of Removal Pursuant to 28 U.S.C. §§1441 et

seq., from the Circuit Court of Ohio County, West Virginia, and in support thereof, aver as follows:

1.      Plaintiffs Kasee R. Porter, David Porter, S.P., a minor, J.P., a minor, Pamela

Lipscomb and David Lipscomb initiated this action against Defendants by filing a Complaint on

or about May 11, 2017 in the Circuit Court of Ohio County, West Virginia, Civil Case No. 17-C-

140 naming Sandeep Badwalsingh and Indy Freight as Defendants.  Attached hereto as Exhibit

"A" is the state court docket sheet and a redacted copy of the Complaint in compliance with Local

Rule 5.08.

2.      At the time this action was commenced, and continuing to the present, Plaintiffs

Kasee R. Porter, David Porter, S.P., a minor, and J.P., a minor, were and are residents of West

Virginia residing in Wheeling, Ohio County, West Virginia.  See Exhibit A.

3.      At the time this action was commenced, and continuing to the present, Plaintiffs
Pamela Lipscomb and David Lipscomb were and are residents of West Virginia residing in New
Martinsville, Wetzel County, West Virginia. See Exhibit A.

4.      At the time this action was commenced, and continuing to the present, the
Defendant Sandeep Badwalsingh was and is a permanent resident of the State of California. See
Exhibit A.

5.      At the time this action was commenced, and continuing to the present, the
Defendant Indy Freight, Inc. was and is a corporation duly organized and existing under the laws
of the State of Indiana with a principle business address in Greenwood, Indiana. See Exhibit A.

6.      The current action pending in the Circuit Court of Ohio County, West Virginia, is
within the jurisdiction of the United States District Court for the Northern District of West
Virginia.

7.      The United States District Court for the Northern District of West Virginia has
original jurisdiction of this action pursuant to 28 U.S.C. §1332 as the controversy exceeds the sum
of $75,000, exclusive of interest and costs, and it is between citizens of different states.

8.      This action is removable from the Circuit Court of Ohio County, West Virginia
pursuant to provision 28 U.S.C. §1441 et seq. Defendants have filed the within Notice of Removal
within thirty (30) days of their receipt of the Complaint in Civil Action, Defendants Sandeep
Badwalsingh and Indy Freight, Inc., having been served on May 17, 2017, at which time it was
first ascertained that this case is one in which is removable, and has been less than one year after
commencement of the action. 28 U.S.C. §1446.

9.      Concurrent with the filing of the Notice of Removal, Defendants have filed a Notice
of Filing of Notice of Removal with the Circuit Court of Ohio County West Virginia, Circuit Court
Clerk advising that Defendants have removed this action to the United States District Court for the

Northern District of West Virginia. Attached hereto as Exhibit "B" is a true and correct copy of the Notice of Filing of Notice of Removal.

        10.    At the time of filing this Notice of Removal, Defendants do not waive any affirmative defenses which may be available to them.

        WHEREFORE, Defendants pray that this case be removed from the Circuit Court of Ohio County West Virginia to the United States District Court for the Northern District of West Virginia.

A JURY TRIAL IS DEMANDED.

                        Respectfully submitted,

                        **PION, NERONE, GIRMAN, WINSLOW**
                        **& SMITH, P.C.**

By: _____
                        Timothy A. Montgomery, Esquire
                        WV I.D. #12034

                        One Gateway Center, Suite 1500
                        420 Fort Duquesne Boulevard
                        Pittsburgh, PA 15222
                        (412) 281-2288

                        Counsel for Defendants, Sandeep Badwalsingh
                        and Indy Freight, Inc.

## CERTIFICATE OF SERVICE

I, Timothy A. Montgomery, Esquire, hereby certify that on the 14th day of June, 2017, a true and correct copy of the foregoing Notice of Removal was served via U.S. Mail and/or facsimile upon the following counsel of record:

Joseph J. John, Esquire
John & Werner Law Offices, PLLC
Board of Trade Building, Ste. 200
80 – 12th Street
Wheeling, WV 26003
**Via Facsimile – (304) 233-4387**

*Counsel for Plaintiff*

**PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.**

By: _____
Timothy A. Montgomery, Esquire
WV I.D. #12034

Gateway Center, Suite 1500
420 Fort Duquesne Boulevard
Pittsburgh, PA 15222
(412) 281-2288

Counsel for Defendants, Sandeep Badwalsingh
and Indy Freight, Inc.