```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

KASEE R. PORTER,
DAVID PORTER,
S.P., a minor,
J.P. a minor,
PAMELA LIPSCOMB
and DAVID LIPSCOMB,

        Plaintiffs,

v.                                             Civil Action No. 5:17CV86
                                                                                                                                (STAMP)
SANDEEP BADWALSIGH and
INDY FREIGHT, INC.,

        Defendants.

## **ORDER OF DISMISSAL**

      This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days. Accordingly, any pending motions are DENIED AS MOOT.

      The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

      The Clerk is directed to transmit copies of this Order to counsel of record herein.

DATED: October 28, 2019

                                                   /s/ Frederick P. Stamp, Jr.
                                                 FREDERICK P. STAMP, JR.
                                                 UNITED STATES DISTRICT JUDGE